**E-filed 9/10/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED J. TAYLOR,<br><br>  Plaintiff,<br><br>v.<br><br>RAY MORSE, et al.,<br><br>  Defendants. | C 04-0356 JF (PR)<br><br>[PROPOSED] ORDER EXTENDING THE DISPOSITIVE-MOTION DEADLINE |

Defendant C. Sinnaco moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including October 29, 2007. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

Plaintiff shall file his opposition by November 28, 2007. If Defendants wish to file a reply, they shall do so by December 13, 2007. Absent further order, the motion will be submitted on December 13, 2007 without a hearing.

IT IS SO ORDERED.

Dated: 9/10/07

_____
The Honorable Jeremy Fogel
United States District Judge