*e-filed 11/1/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED J. TAYLOR,<br><br>                            Plaintiff,<br><br>v.<br><br>RAY MORSE, et al.,<br><br>                            Defendants. | C 04-0356 JF (PR)<br><br>[PROPOSED] ORDER EXTENDING THE DISPOSITIVE-MOTION DEADLINE |

Defendants R. Yarbrough, C. Sinnaco, and C. Walker moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including December 28, 2007. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

Plaintiff shall file his opposition by January 28, 2008. If Defendants wish to file a reply, they shall do so by February 12, 2008. Absent further order, the motion will be submitted on February 12, 2008 without a hearing.

IT IS SO ORDERED.

Dated:   10/31/07
_____
The Honorable Jeremy Fogel
United States District Judge

[Proposed] Order Extending Disp. Mot. Deadline                                   F. Taylor v. Morse, et al.
                                                                                  C 04-0356 JF (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **F. Taylor v. Morse, et al.**

No.:   **C 04-0356 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 26, 2007**, I served the attached

### [PROPOSED] ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Fred J. Taylor, C-54232**
**Correctional Training Facility**
**P.O. Box 686**
**Soledad, CA  93960-0686**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 26, 2007**, at San Francisco, California.

|  |  |
|---|---|
| J. Baker | *[signature]* |
| Declarant | Signature |

20111310.wpd