NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED J. TAYLOR,

Plaintiff, v.

RAY MORSE, et al.,

Defendants.

No. C 04-0356 JF (PR)

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

(Docket No. 28)

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' motion for summary judgment. The Court concludes that Plaintiff has shown good cause for such extension. Accordingly, Plaintiff's request for an extension of time (docket no. 28) is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **within sixty (60) days** of the date of this order. Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED. DATED: 1/24/08



JEREMY FOGEL

United States District Judge

A copy of this ruling was mailed to the following:

Fred J. Taylor
C-54232 CTF -
East Dorm P.O.
Box 689
Soledad, CA 93960-0689

Donn Robert Duncan, II CA
Attorney General's Office 455
Golden Gate Ave, Suite 11000
San Francisco, CA 94102

Oder Granting Plaintiff's Request for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment P:\PRO-SE\SJ.Jf\CR.04\Taylor356ext.wpd

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28